UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENSON HILL KENT, LLC,

    Plaintiff,

    v.

KEVIN SHELTON, *et al.*,

    Defendants.

NO. 2:21-cv-00516-RAJ

ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*. On May 6, 2021, the Court entered an Order to Show Cause directing Defendants to show cause why this case should not be remanded to state court. Defendants' written response was due on or before May 17, 2021.

There being no response by Defendants, the Court ORDERS the Clerk to immediately REMAND this action to King County Superior Court.

DATED this 25th day of May, 2021.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

ORDER – 1